**Mark C. NASWORTHY, Sea Angel Cove, LLC, Plaintiffs–Appellants,**

v.

**THE BALDWIN COUNTY COMMISSION, the Baldwin County Planning and Zoning Commission, Defendants–Appellees.**

No. 04–16303.

D.C. Docket No. 03–00584–CV–CB–B.

United States Court of Appeals, Eleventh Circuit.

April 20, 2005.

Cynthia J. Sherman, Blackburn & Conner, P.C., Bay Minette, AL, for Plaintiffs–Appellants.

Martha Kathryn Knight, Vickers, Riis, Murray & Curran, L.L.C., Mobile, AL, for Defendants–Appellees.

Before ANDERSON, BIRCH and COX, Circuit Judges.

Non–Argument Calendar

PER CURIAM.

Mark C. Nasworthy and Sea Angel Cove, LLC appeal the district court's grant of summary judgment in favor of The Baldwin County Commission and the Baldwin County Planning and Zoning Commission.

We have considered the briefs, and relevant parts of the record, and discern no reversible error.

AFFIRMED.